United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID L. WHITE, SR., | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-cv-05579 |
| | § | |
| RYAN ASHTON COUTURE, A/K/A | § | |
| R. ASHTON COUTURE, ET AL., | § | |
| *Defendants*. | § | |

# ORDER

This securities fraud case brought by Plaintiff, appearing pro se, is before the Court on Defendants' Motion to Withdraw as Counsel of Record.[1] ECF 22. Plaintiff has filed a Response. ECF 26.

Marcellous S. McZeal and the law firm Grealish McZeal, P.C. (collectively McZeal) are currently counsel of record for all Defendants: Ryan Ashton Couture, Centurion Financial Corporation, Centurion Financial GP Incorporated, Savage Squad CS Incorporated, Savage Squad Incorporated, and Techline Group Incorporated d/b/a Powered Media. McZeal represents that the firm has discovered a conflict of interest with another client that mandates it withdraw from representing

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 14.

Defendants in this case.[2] ECF 22. McZeal requests that the Court grant Defendants at least 30 days to secure new counsel, or in the case of Ryan Ashton Couture, to decide whether to proceed pro se. *Id.*

It is well-established that a corporate entity cannot appear in federal court without licensed counsel. *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004). Plaintiff does not object to allowing counsel to withdraw but objects to an open-ended order that does not set a deadline for Defendants to secure new counsel and to respond to the First Amended Complaint (ECF 24) that he filed as a matter of right under Federal Rule of Civil Procedure 15(a)(1) on September 28, 2026 in response to Defendants' Motion to Dismiss (ECF 17). ECF 26. For unknown reasons, Plaintiff filed a second "First Amended Complaint" on October 5, 2026. ECF 27. In short, Plaintiff seeks to enforce all pending deadlines and settings, including the November 16, 2026 Initial Pretrial Scheduling Conference.

Having considered the parties' submissions and the law, it is

ORDERED that Defendants' Motion to Withdraw as Counsel is GRANTED. It is further

[2] McZeal represents that its duty of confidentiality under Texas Rule of Professional Conduct 1.05 prevents it from revealing the details of the conflict and offers to make an in camera presentation if required by the Court. ECF 22 ¶5. The Court accepts McZeal's representation as an officer of the Court that the conflict requires withdrawal under Texas Rule of Professional Conduct 1.06(c) and in camera review is not required.

ORDERED that on or before November 25, 2026 the corporate entity Defendants must file a Notice of Appearance of new counsel or show good cause for an extension of time to do so. Failure to do so may result in sanctions, including possibly entry of default. It is further

ORDERED that Plaintiff's First Amended Complaint (ECF 24) is Plaintiff's operative pleading in this case. The second-filed "First Amended Complaint" (ECF 27) is STRUCK from the record because it was filed after the deadline for amendment as a matter of course and without leave of court. It is further

ORDERED that Defendants' pending Motion to Dismiss (ECF 17) is terminated as moot in light of the First Amended Complaint. It is further

ORDERED that all Defendants must file an Answer or other response to the First Amended Complaint by November 26, 2026 or show good cause for an extension of time. It is further

ORDERED that the Initial Pretrial and Scheduling Conference set for November 16, 2026 is CANCELED. The conference is reset for December 14, 2026 at 11:30 a.m. by video.

**Join ZoomGov Meeting**
Meeting ID: 161 376 2172
Passcode: 664485

It is further

ORDERED that the Joint Discovery and Case Management Plan is due 14

days in advance of the conference.

Signed on October 27, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge